161 A.3d 760

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. WILLIAM BURKERT, DEFENDANT–RESPONDENT.

March 9, 2017

## ORDER

It is ORDERED that the motion for leave to file a supplemental appellant's brief as within time is granted. Respondent shall serve and file supplemental brief on or before April 24, 2017.

161 A.3d 761

DOMENICK CATRAMBONE, PETITIONER–MOVANT, v. BALLY'S PARK PLACE, RESPONDENT–RESPONDENT.SECOND INJURY FUND, INTERVENOR.

March 9, 2017

## ORDER

It is ORDERED that the motion for counsel fees is granted, in part, and counsel fees are awarded in the amount of $6,250.00; and costs are awarded in the amount of $117.75.